**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUEST SHIPPING LIMITED,

                Plaintiff,

-against-

THE AMERICAN CLUB, AMERICAN
STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION INC., and SHIPOWNERS
CLAIMS BUREAU INC.,

                Defendants.
-----------------------------------------------------------X

**18 CIVIL** 10667 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Defendants' motion for summary judgment is GRANTED, and Quest's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
         March 18, 2020

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court
                   BY:
                                                        **Deputy Clerk**